**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
Andrew J. Rowbotham (SBN 301367)
arowbotham@haineslawgroup.com
Matthew K. Moen (SBN 305956)
mmoen@haineslawgroup.com
222 N. Sepulveda Blvd., Suite 1550
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355
*Attorneys for Plaintiff*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Gary M. McLaughlin (SBN 217832)
gmclaughlin@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Tel: 310-229-1000
Fax: 310-229-1001

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| MARY CROWDER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PURPLE COMMUNICATIONS, INC., a Delaware Corporation; CSDVRS, LLC, a Delaware Limited Liability Company; and DOES 1 through 100,<br><br>Defendants. | CASE NO. 2:19−CV−00315−KJM−EFB<br><br>[*Case Assigned for all purposes to the Hon. Kimberly J. Mueller; Courtroom 3, 15th Floor*]<br><br>**ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: October 11, 2017<br>Removal Filed: February 20, 2019<br>Trial Date: None Set |

## **ORDER**

FOR GOOD CAUSE APPEARING, the Court hereby accepts the Stipulation of the Parties and orders as follows:

1. Plaintiff shall be permitted to file a second amended class and representative action complaint ("SAC") in the form attached as Exhibit A to the Parties' Stipulation.
2. Plaintiff will cause the SAC to be filed within seven (7) days of the date of this Order, and Defendants shall have thirty (30) days from the date of the filing of the SAC to file a responsive pleading.

**IT IS SO ORDERED**.

DATED: September 6, 2019.

_____
UNITED STATES DISTRICT JUDGE